152 So.2d 563

**Harry ELLIS, Jr.**

v.

**JOHNSON LUMBER COMPANY, Inc.**

No. 46733.

May 14, 1963.

In re: Johnson Lumber Company, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 150 So.2d 838.

Writ refused. The judgment of the Court of Appeal is not a final judgment.

152 So.2d 563

**Anthony VOISIN et al.**

v.

**Whitney LUKE et al.**

No. 46738.

May 16, 1963.

In re: Whitney Luke et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Terrebonne. 151 So.2d 99.

Writ refused. The judgment is not final. Applicants' rights under the complaint urged are reserved to him in the event of an adverse judgment on the merits.